**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01153-AP

**IDA L. PRICE**
    Plaintiff,

v.

**MICHAEL J. ASTRUE**, Commissioner of Social Security
    Defendant

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff
Paul Radosevich
Attorney at Law
1621 York Street
Denver, CO 80206
Telephone: 303-377-1300
E-Mail: Presq@worldnet.att.net

For Defendant
Troy A Eid
United States Attorney

Kevin Traskos
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
E-Mail: Kevin.traskos@usdoj.gov

By: Stephanie F. Kiley
Special Assistant United States Attorney
Assistant Regional Counsel, Region VIII
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: 303-844-0815
E-Mail: Stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint was Filed:  May 20, 2009**

    **B.  Date Complaint was Served on U.S. Attorney's Office: May 22, 2009**

    **C.  Date Answer and Administrative Record were Filed: July 21,2009**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Upon preliminary analysis, there are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims.

**7. OTHER MATTERS**

None.

**8.  BRIEFING SCHEDULE**

    **A.  Plaintiff's Opening Brief Due:  August 31, 2009**

    **B.  Defendant's Response Brief Due:  September 30, 2009**

    **C.  Plaintiff's Reply Brief Due:  October 15, 2009**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  **A. ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B. (x)  All parties have not consented to the exercise of jurisdiction of a Unite States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.LCivR 7.1(c) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

  DATED this 10th day of August, 2009.

                BY THE COURT:

                *s/John L. Kane*
                U.S. DISTRICT COURT JUDGE

**APPROVED:**

s/Paul Radosevich
Paul Radosevich
Attorney at Law
1621 York Street
Denver, CO 80206
Telephone: 303-377-1300
E-Mail: Presq@worldnet.att.net

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
E-Mail: Kevin.traskos@usdoj.gov

s/Stephanie Lynn F. Kiley
Stephanie F. Kiley
Special Assistant United States Attorney
Assistant Regional Counsel, Region VIII
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: 303-844-0815
E-Mail: Stephanie.kiley@ssa.gov